UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-296-JG

| | | |
|---|---|---|
| AYDEN GOLF and COUNTRY CLUB, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| NATIONAL MUTUAL INSURANCE COMPANY, as successor in interest to Harleysville Mutual Insurance Co., | ) ) ) ) ) ) | |
| Defendant. | ) ) | |

The court has been advised that the parties have settled all matters in controversy among them. Plaintiff has filed a stipulation of dismissal (D.E. 18) pursuant to Fed. R. Civ. P. 41(a)(1). Therefore, this matter is DISMISSED. The Clerk of Court is directed to remove this matter from the court's pretrial and trial calendars.

SO ORDERED, this the 4 day of June 2013.

James E. Gates
United States Magistrate Judge